UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Cause No.  1:12-cr-0126-JPH-MG |
| DAVID L. WILLIAMS, | ) ) | - 01 |
| Defendant. | ) ) | |

**REPORT AND RECOMMENDATION**

On August 3, 2022, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on July 6, 2022.  Defendant Williams appeared in person with his appointed counsel Dominic Martin.  The government appeared by Patrick Gibson, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officer Megan Durbin.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

    1.    The Court advised Defendant Williams of his rights and provided him with a copy of the petition.

    2.    After being placed under oath, Defendant Williams admitted violation numbers 1 and 2.  [Docket No. 48.]

    3.    The allegations to which Defendant admitted, as fully set forth in the petition, are:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"The defendant shall not possess/use a computer unless he agrees to comply with the Computer Restriction and Monitoring Program at the direction of the probation officer."**<br><br>On June 24, 2022, Mr. Williams was found to be in possession of two non-approved smart phones. Neither phone was being monitored, and Mr. Williams admitted to accessing the Internet on both devices. |
| 2 | **"The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was conviction of a qualifying offense."**<br><br>Per Indiana Code 11-8-8-8, Mr. Williams is required to register his principal address and report any changes not later than seventy-two hours after the change. Mr. Williams moved from his last principal address on June 8, 2022, and as of July 5, 2022, he has failed to report his new principal address to local law enforcement. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is I.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 4 to 10 months' imprisonment.

5. The parties jointly recommended a modification to include residing at the Volunteers of America for a period of up to 180 days and installation of monitoring software within 72 hours of obtaining a telephone.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition and that his supervised release should be modified. In addition to the mandatory, standard and special conditions of supervised, the following conditions of supervised release will be imposed:

to include the following:

1. You shall reside in a residential reentry center for a term of up to 180 days. You shall abide by the rules and regulations of the facility.

2. You shall consent, at the direction of the probation officer, to having monitoring hardware or software installed on your telephone, to monitor your use of these items.  Monitoring will occur on a random and/or regular basis.  You will warn other occupants or users of the existence of the monitoring hardware or software.  To promote the effectiveness of this monitoring, you shall disclose in advance all cellular phones, electronic devices, computers, and any hardware or software to the probation officer and may not access or use any undisclosed equipment.

The Defendant is to be released pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.  The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 8/10/2022

*Doris L. Pryor*
Hon. Doris L. Pryor
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system