UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:12-cr-00126-JPH-MG |
| DAVID L. WILLIAMS, | ) -01 |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Doris L. Pryor's Report and Recommendation and all findings therein, dkt. [60].  The Court now **ORDERS** that David L. Williams's supervised release is therefore **MODIFIED**, dkt. [48], to include the following:

"1. You shall reside in a residential reentry center for a term of up to 180 days.  You shall abide by the rules and regulations of the facility.

2. You shall consent, at the direction of the probation officer, to having monitoring hardware or software installed on your telephone, to monitor your use of these items.  Monitoring will occur on a random and/or regular basis.  You will warn other occupants or users of the existence of the monitoring hardware or software.  To promote the effectiveness of this monitoring, you shall disclose in advance all cellular phones, electronic devices, computers, and any hardware or software to the probation officer and may not access or use any undisclosed equipment."

**SO ORDERED.**

Date: 8/16/2022

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

United States Probation Office